Ramirez-Hernandez v Bloomingdale (2023 NY Slip Op 00536)

Ramirez-Hernandez v Bloomingdale

2023 NY Slip Op 00536

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

108 CA 22-00703

[*1]CARLOS RAMIREZ-HERNANDEZ, PLAINTIFF-RESPONDENT,
v
ANDREW C. BLOOMINGDALE, ET AL., DEFENDANTS, AND MAVIS TIRE SUPPLY, LLC, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (THOMAS P. KAWALEC OF COUNSEL), FOR DEFENDANT-APPELLANT.
ANDRUSCHAT LAW FIRM, BUFFALO (TIMOTHY J. ANDRUSCHAT OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered March 16, 2022. The order denied the motion of defendant Mavis Tire Supply, LLC seeking leave to serve a demand for a jury trial. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 1, 2022,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court